IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                PLAINTIFF/RESPONDENT

V.              Civil No. 04-6070
                Criminal No. 01-60017

DONNIE R. LONG                          DEFENDANT/MOVANT

## O R D E R

On this 22nd day of August 2006, there comes on for consideration the report and recommendation filed in this case on August 22, 2006 (Doc. 148) by the Honorable Bobby E. Shepherd, United States Magistrate for the Western District of Arkansas. Movant indicated that he has no objections to the report and recommendation. (Doc. 149).

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the 28 U.S.C. § 2255 motion and amended motion (Docs. 140-41) are DENIED AND DISMISSED without prejudice to Movant's seeking leave of the United States Court of Appeals for the Eighth Circuit for an order authorizing the filing in this Court of a second or successive §2255 motion.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)